3942.   KENNEDY *v.* THE STATE.

POTTLE, J.   The accused having been indicted for the offense of assault and battery, and the evidence demanding a finding that if any offense at all was committed, it was that of an unlawful battery, there could be no conviction of simple assault. Penal Code (1910), § 19; *Kelsey* v.

*State*, 62 *Ga.* 558; *Harris* v. *State*, 101 *Ga.* 530 (29 S. E. 423); *Welborn* v. *State, Giles* v: *State*, 116 *Ga.* 522 (42 S. E. 773).

*Judgment reversed.*

DECIDED MARCH 19, 1912.

Accusation of assault and battery; from city court of Reidsville —Judge Collins. November 28, 1911.

*Way & Burkhalter,* for plaintiff in error.